UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Miguel Sanchez,** : <br>     **Plaintiff,** : <br> : <br> vs. : <br> : <br> **Daniel J. McKee, in his official capacity** : <br> **as Governor of the State of Rhode Island;** : <br> **Joseph Almond, in his individual and** : <br> **official capacities; and Antonio Afonso,** : <br> **in his individual and official capacities,** : <br>     **Defendants.** : | C.A. 1:24-cv-00319-JJM-PAS |

**STIPULATION**

The parties, through their undersigned counsel, hereby agree that the Defendants[1] shall have an extension of time within which to respond to the Complaint, up to and including September 13, 2024.

| | |
|---|---|
| Plaintiffs, <br> By and through their attorneys, | Defendants, <br> By and through their attorneys, <br><br> **PETER F. NERONHA** <br> **ATTORNEY GENERAL** |
| /s/ James A. Ruggieri <br> James A. Ruggieri, Esq. (#2828) <br> Brian W. Haynes, Esq. (#10060) <br> 10 Dorrance Street, Suite 400 <br> Providence, RI 02903 <br> Telephone: (401) 272-3500 <br> jruggieri@hcc-law.com <br> bhaynes@hcc-law.com | /s/ Madeline R. Becker <br> **NATALYA A. BUCKLER** (Bar No. 8415) <br> **OFFICE OF THE ATTORNEY GENERAL** <br> **MADELINE R. BECKER** (Bar No. 10034) <br> **OFFICE OF THE ATTORNEY GENERAL** <br> 150 South Main Street, Providence RI 02903 <br> (401) 274-4400 ext. 2151 <br> Fax (401) 222-2995 <br> nbuckler@riag.ri.gov |

---

[1] The stipulation extending time to respond to the Plaintiff's Complaint pertains to all named defendants in their individual and official capacities, although individual representation of Joseph Almond and Antonio Afonso is still being determined.

Gene C. Schaerr (*pro hac vice*)   mbecker@riag.ri.gov
Edward H. Trent (*pro hac vice*)
Aaron Ward (*pro hac vice*)
Shaerr | Jaeffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
gschaerr@schaerr-jaffe.com
etrent@schaerr-jaffe.com
award@schaerr-jaffe.com

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 6th day of September, 2024.

                                                */s/ Madeline R. Becker*