**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MIGUEL SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.: 1:24-cv-00319-JJM-PAS |
| | § | |
| DANIEL J. MCKEE, in his Official | § | |
| Capacity as Governor of the State of | § | |
| Rhode Island, et al., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO FOR LEAVE TO FILE**
**SUR-REPLY TO DEFENDANTS' AFFIDAVIT OF DAVID BARRICELLI**

Pursuant to Local Rule Cv 7(a)(5), Plaintiff Miguel Sanchez moves for leave to file a short sur-reply responding to the attachments to Defendants' Affidavit of David Barricelli, Jr. (Defs.' Ex. EE, ECF 40-1). Defendants first filed the Barricelli affidavit on July 20, 2026 (ECF 32-2) in conjunction with their Memorandum in Support of Objection to Plaintiff's Motion for Partial Summary Judgment (ECF 32-1). But for some reason Defendants did not include the six attachments referenced in the affidavit at that time. *See* ECF 32-2 ¶¶ 3–7. Plaintiff informed Defendants of this omission on July 23. *See* Pl.'s Ex. Y at 1 (emails between counsel). Defendants thanked Plaintiff for the notification, *id.*, but did not provide the attachments until August 3 when they filed their Reply in Support of Defendants' Motion for Summary Judgment (ECF 39). Thus, Plaintiff has not had the opportunity to address the attachments and therefore submits this motion for leave to file a brief sur-reply to address only the attachments in the Barricelli affidavit.

The undersigned conferred with counsel for Defendants, who do not oppose this request.

Respectfully submitted,

Plaintiff, Miguel Sanchez,
By his attorneys,

*/s/ James A. Ruggieri*
James A. Ruggieri, Esq. (#2828)
HIGGINS, CAVANAGH & COONEY, LLP
10 Dorrance Street, Suite 400
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
jruggieri@hcc-law.com

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Edward H. Trent*
Miranda Cherkas Sherrill*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
gschaerr@schaerr-jaffe.com
etrent@schaerr-jaffe.com
msherrill@schaerr-jaffe.com

*Admitted *pro hac vice*

Dated: August 10, 2026

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 10, 2026, I filed the foregoing document with the Clerk of the Court via the Court's CM/ECF filing system and that a copy is available for viewing and downloading.

I have also caused a copy to be sent via the ECF System to counsel of record on August 10, 2026.

/s/ Gene C. Schaerr
Gene C. Schaerr (*pro hac vice*)